# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: RISEANDSHINE CORPORATION d/b/a RISE BREWING v. PEPSICO, INC.

Case Number: 1:21-cv-3198

An appearance is hereby filed by the undersigned as attorney for:
RISEANDSHINE CORPORATION d/b/a RISE BREWING

Attorney name (type or print): Jason Rosenberg

Firm: Alston & Bird LLP

Street address: 1201 W. Peachtree Street, Suite 4900

City/State/Zip: Atlanta, GA 30309

Bar ID Number: 6275801
(See item 3 in instructions)

Telephone Number: 404-881-7000

Email Address: jason.rosenberg@alston.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ | ☐ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 6/15/2021

Attorney signature: S/ Jason Rosenberg
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015