IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RISEANDSHINE CORPORATION d/b/a RISE BREWING<br><br>      Plaintiff,<br><br>vs.<br><br>PEPSICO, INC.<br><br>      Defendant. | CASE NO.: 1:21-cv-3198<br><br>JURY TRIAL DEMANDED |

**LOCAL RULE 3.4 NOTICE OF CLAIMS INVOLVING TRADEMARKS**

Pursuant to Local Rule 3.4, Plaintiff Rise Brewing provides the following information to be used by the Clerk of the Court as required pursuant to 15 U.S.C. § 1116(c):

1. Name and address of the Plaintiff:

    RisenShine Corporation d/b/a Rise Brewing
    425 Fairfield Ave.
    Stamford, Connecticut, 06902

2. Name and address of Defendant:

    Pepsico, Inc.
    433 W Van Buren St.
    Chicago, IL 60607

3. Federal Trademark Registrations involved in litigation:

    a. 5,168,377
    b. 5,333,635
    c. 6,140,084
    d. 5,188,284

      e. 4,396,118
      f. 6,007,308
      g. 3,253,782

Dated: June 15, 2021                              Respectfully submitted,

                                         By:    */s/ Jason Rosenberg*

                                         Jason Rosenberg (Bar No. 6275801)
                                         Jason.Rosenberg@alston.com
                                         Holly Hawkins Saporito (PHV To Be Filed)
                                         Holly.Saporito@alston.com
                                         Emily Welch (PHV To Be Filed)
                                         Emily.Welch@alston.com

                                         ALSTON & BIRD LLP
                                         1201 W. Peachtree Street
                                         Suite 4900
                                         Atlanta, GA 30309
                                         Tel. (404) 881-7000
                                         Fax. (404) 881-7777

                                         Paul Tanck (PHV To Be Filed)
                                         Paul.Tanck@alston.com
                                         90 Park Ave
                                         New York, NY 10016
                                         Tel. (212) 210-9400
                                         Fax. (212) 210-9444

                                         A. Colin Wexler
                                         Colin.Wexler@goldbergkohn.com
                                         Robert D. Leighton
                                         Robert.Leighton@goldbergkohn.com
                                         GOLDBERG KOHN, LTD.
                                         55 E. Monroe St.
                                         Suite 3300
                                         Chicago, IL 60603
                                         (312) 201-4000

                                         *Attorneys for Plaintiff, RiseandShine*
                                         *Corporation d/b/a Rise Brewing*