# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RISEANDSHINE CORPORATION d/b/a RISE BREWING<br><br>Plaintiff(s),<br><br>VS.<br><br>PEPSICO, INC.<br><br>Defendant(s). | § § § § § § § § § § | CASE NO. 1:21-CV-03198 |

## AFFIDAVIT OF SERVICE

Came to my hand on **Wednesday, June 16, 2021 at 11:57 AM,** Executed at: **208 S LASALLE STREET, SUITE 814, CHICAGO, IL 60604** within the county of **COOK** at **12:45 PM,** on **Wednesday, June 16, 2021,** by individually and personally delivering to the within named:

**PEPSICO, INC.**

By delivering to its **Registered Agent, CT CORPORATION SYSTEM,** by delivering to its **Authorized Agent, DEREK HACKETT,** a true copy of this

**SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; LOCAL RULE 3.4 NOTICE OF CLAIMS INVOLVING TRADEMARKS; RISEANDSHINE CORPORATION D/B/A RISE BREWING'S LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES AND CORPORATE DISCLOSURE STATEMENT and MATERIALS DESCRIBING THE COURT'S LANHAM ACT MEDIATION PROGRAM**

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **KYLE CLUTTER** who after being duly sworn on oath states: "My name is **KYLE CLUTTER**. I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Illinois. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude."

By: _____
**KYLE CLUTTER**-Process Server 115-002370

Subscribed and Sworn to by KYLE CLUTTER, Before Me, the undersigned authority, on this _16_ day of June, 2021.

_____
Notary Public in and for the State of Illinois

OFFICIAL SEAL
LAUREN E CLUTTER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/26/22

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

RISEANDSHINE CORPORATION d/b/a RISE BREWING

V.

PEPSICO, INC.

CASE NUMBER: 1:21-cv-03198

ASSIGNED JUDGE: Honorable John Z. Lee

DESIGNATED MAGISTRATE JUDGE: Honorable Beth W. Jantz

TO: (Name and address of Defendant)

PEPSICO, INC.
C T Corporation System
c/o PepsiCo, Inc.
208 SO Lasalle Street, Suite 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jason Rosenberg, Alston & Bird LLP, 1201 W. Peachtree Street, Suite 4900, Atlanta, GA 30309

an answer to the complaint which is herewith served upon you, \_\_\_\_21\_\_\_\_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Tina Lam*

(By) DEPUTY CLERK

June 16, 2021

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                   Date                          *Signature of Server*

_____
*Address of Server*

**RETURN / AFFIDAVIT**
**PROOF / ATTACHED**

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.